UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2234
2008 JUL 23 AM 9:52

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>1.) Jose SEVERO-Garcia,<br>2.) Zenaydo SAVINO-Alatorre<br><br>     Defendant(s) | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens<br><br>Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii)<br>Bringing in Illegal Aliens Without<br>Presentation |

The undersigned complainant, being duly sworn, states:

### COUNT ONE

On or about **July 22, 2008**, within the Southern District of California, defendant **Jose SEVERO-Garcia** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Petra GONZALEZ-Aparicio, Leobardo SAAVEDRA-Maldonado, and E. G.-A. (a male juvenile)**, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### COUNT TWO

On or about **July 22, 2008**, within the Southern District of California, defendant **Zenaydo SAVINO-Alatorre**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Petra GONZALEZ-Aparicio, Leobardo SAAVEDRA-Maldonado, E. G.-A. (a male juvenile)**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **23rd** DAY OF **JULY 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose SEVERO-Garcia
Zenaydo SAVINO-Alatorre

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Petra GONZALEZ-Aparicio, Leobardo SAAVEDRA-Maldonado, E. G.-A. (a male juvenile),** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 22, 2008, Senior Patrol Agent E. Payment was performing his assigned duties in the San Clemente Border Patrol Station's area of operations and was observing northbound traffic near the Las Pulgas Road off-ramp. This area is located on the Interstate 5 corridor and approximately five miles south of the San Clemente, California Border Patrol Checkpoint.

At approximately 7:05 a.m., a white Plymouth Voyager with five visible passengers passed his location. As the vehicle passed his position, the three rear seat passengers ducked down. Agent Payment then proceeded northbound on Interstate 5 to further investigate. Agent Payment caught up to the vehicle and pulled along the passenger side of the vehicle. Agent Payment observed both a driver and a front seat passenger but could not see the other three occupants that were previously seated in the rear. Agent Payment then notified Border Patrol dispatch that he was going to initiate a vehicle stop. Senior Patrol Agent T. Shigg pulled up behind Agent Payment for backup.

Agent Payment activated the overhead emergency lights of his assigned marked service vehicle in order to conduct the vehicle stop. The vehicle failed to yield. The driver, later identified as defendant **Jose SEVERO-Garcia,** then stopped the vehicle in the middle of all lanes of traffic, exited the vehicle and began to run away. Several approaching motorists traveling northbound on the interstate slammed on their brakes and swerved missing agents and the vehicle. When SEVERO noticed that agents he got back in his vehicle and proceeded northbound on Interstate 5. SEVERO proceeded another half-mile north on the interstate and then pulled his vehicle over. SEVERO again exited and attempted to run from the vehicle, however was immediately apprehended by Agent Shigg. Agent Shigg identified himself as a United States Border Patrol Agent to SEVERO and performed an immigration inspection. Agent Shigg questioned SEVERO as to his citizenship. SEVERO stated that he was a citizen and national of Mexico. Agent Shigg asked SEVERO if he was in possession of any Immigration documents that would allow him to enter or remain in the United States legally. SEVERO stated that he did not and admitted to being illegally present in the United States.

Agent Payment approached the front seat passenger, later identified as defendant **Zenaydo SAVINO-Alatorre**, and identified himself as a United States Border Patrol Agent and performed and immigration inspection. Agent Payment questioned SAVINO as to his citizenship and immigration status. SAVINO stated that he was a citizen and national of Mexico. Agent Payment asked SAVINO if he was in possession of any immigration documents allowing him to enter or remain in the United States. SAVINO stated that he did not and admitted to being illegally present in the United States.

CONTINUATION OF COMPLAINT:
Jose SEVERO-Garcia
Zenaydo SAVINO-Alatorre

Senior Patrol Agent R. Sandoval opened the rear door of the vehicle and found three individuals, including one juvenile attempting to hide under the rear seats. Agent Sandoval identified himself as a United States Border Patrol Agent and questioned them as to their citizenship and immigration status. All three individuals stated that they were citizens and nationals of Mexico without any immigration documents allowing them to enter or remain in the United States. All five occupants were placed under arrest and transported to the San Clemente Border Patrol Station for processing.

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Petra GONZALEZ-Aparicio and Leobardo SAAVEDRA-Maldonado** and **E. G.-A. (a male juvenile),** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. Upon arriving in Tijuana they stayed with a friend named "Valerio," were they made smuggling arrangements with defendant Zenaydo SAVNIO-Alatorre. On about July 20, 2008 SAVINO picked them up and drove them to Tecate, California and illegally crossed them into the United States on foot. They walked for two nights and upon arriving at a road under a bridge were picked up by a vehicle. They drove for about an hour where they stopped at a tomato ranch. Defendant SAVINO bought them lunch from a lunch truck. They were then picked back up by the vehicle and continued northbound until they were arrested.

The material witnesses stated that they were to pay approximately $1,500.00 (USD) to be smuggled into the United States. All three material witnesses were shown a photographic line up and were able to identify defendant **Jose SEVERO-Garcia** as the driver of the vehicle and were able to identify defendant **Zenaydo SAVINO-Alatorre** as the foot guide.