FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08cr2729-LAB |
|---|---|
| Plaintiff, | ) INFORMATION |
| v. | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and |
| JOSE SEVERO-GARCIA (1), | ) (v)(II) - Transportation of |
| ZENAYDO SAVINO-ALATORRE (2), | ) Illegal Aliens and Aiding and |
| | ) Abetting |
| Defendants. | ) |

The United States Attorney charges:

On or about July 22, 2008, within the Southern District of California, defendants JOSE SEVERO-GARCIA and ZENAYDO SAVINO-ALATORRE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Petra Gonzalez-Aparicio, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: August 14, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:San Diego
7/28/08